# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, | Case No. 1:21-cv-00172-NONE-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| HDI GLOBAL SPECIALTY SE, | (ECF Nos. 10, 11) |
| Defendant. | |

This action was filed on February 11, 2021. (ECF No. 1.) On May 18, 2021, a scheduling order issued, which has not been modified in this action. (ECF No. 10.) No trial date has been set. On October 27, 2021, the parties filed a joint motion requesting the scheduling order be modified. (ECF No. 11.) The parties proffer the action arises out of three related underlying construction defect actions in state courts; that the parties had hoped such underlying actions would have resolved by this time, though they are essentially settled; that this action involves the amount of fees and costs owed by Defendant to Plaintiff for defense and indemnity of the underlying actions; and additional time to complete discovery would allow the parties to complete their promising settlement discussions.

The Court finds good cause to grant the requested extensions. The Court shall also extend the pre-trial conference further than requested due to the impacted nature of the District Judge.

1

Accordingly, IT IS HEREBY ORDERED that the parties' joint motion is GRANTED and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: February 28, 2022;
2. Expert Disclosure Deadline: March 29, 2022;
3. Expert Discovery Deadline: June 27, 2022;
4. Dispositive Motion Filing Deadline: August 1, 2022; and
5. Pre-trial Conference: April 14, 2023, at 1:30 p.m. in Courtroom 4.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **October 28, 2021**

UNITED STATES MAGISTRATE JUDGE